IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN D. WOODSON,<br>    Plaintiff,<br>        v.<br><br>ERIC GIBBS, et al.,<br>    Defendants. | CIVIL ACTION NO. 13-4057 |

## ORDER

**AND NOW,** this 25th day of April 2014, upon consideration of Defendants' Motion to Dismiss [Doc. No. 11], to which Plaintiff did not file a response, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**, and all claims are **DISMISSED** without prejudice. Plaintiff may file an amended complaint within 21 days.

It is so **ORDERED.**

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.